

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| BILLY JOE STOFAN,<br><br>Appellant,<br><br>v.<br><br>THE STATE OF TEXAS,<br><br>Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§ | No. 08-14-00166-CR<br><br>Appeal from the<br><br>109th Judicial District Court<br><br>of Crane County, Texas<br><br>(TC# 1655) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2015.


YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes JJ.